**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

JEROME McCURRY                                                           PETITIONER

vs.                              Civil Case No. 2:10CV00082-SWW-JTK

T.C. OUTLAW, *Warden*,
FCI, Forrest City, Arkansas                                 RESPONDENT

## **ORDER**

Pending before the Court is Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. In the Traverse, Petitioner states that he appealed the findings of the Discipline Hearing Officer (DHO) to the Central Office and has, therefore, exhausted his administrative remedies. (Docket entry #6, Traverse, at 2)

The Respondent is directed to provide the Court with a copy of the Cental Office decision within thirty (30) days.

SO ORDERED this 15th of March, 2011.

_____
United States Magistrate Judge