IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEROME MCCURRY                                                                                    PETITIONER
REG # 34380-044

vs.                                         Civil Case No. 2:10CV00082 SWW-JTK

T.C. OUTLAW, Warden
FCI - Forrest City                                                                                  RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections.[1] After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 15th day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] The Court notes docket entry 12 which shows mail returned to the Clerk's Office as undeliverable because the inmate is no longer at the institution. It is the duty of a party appearing *pro se* to promptly notify the Clerk of any change his address. Petitioner has failed to do so.