IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JEROME MCCURRY                                                                          PETITIONER
REG # 34380-044

vs.                            Civil Case No. 2:10CV00082 SWW-JTK

T.C. OUTLAW, Warden
FCI - Forrest City                                                                      RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 15th day of November, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE